**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Raymond Scarbo | | |
| DEBTOR | : | BKY. NO.  13-15105JKF13 |

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION was served by Electronic Means or First Class Mail to all interested parties.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Respectfully submitted,

DATE:   August 9, 2016         _____s/_____
MICHAEL A. CATALDO
CIBIK & CATALDO, P.C.
1500 Walnut Street, Suite 900
PHILADELPHIA, PA 19102
(215) 735-1060