# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
Raymond Scarbo

DEBTOR  :  BKY. NO. 13-15105JKF13

## ORDER

AND NOW, this 25th day of August 2016, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the second modified plan filed July 27, 2016 is approved.

By the Court:

_____
Hon. Jean FitzSimon
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Ste. 900
      Philadelphia, PA  19102

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119