UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

RAYMOND SCARBO

Debtor

Chapter 13

Bankruptcy No. 13-15105-JKF

ORDER

AND NOW, it appearing that counsel has not corrected the Certification of Service as directed by the clerks' office on July 28, 2016, it is hereby

ORDERED that the document styled as "Certificate of Service" of the Motion to Modify Plan After Confirmation entered on the docket on July 27, 2016 is STRICKEN from the docket.

Dated: 8/28/16

JEAN K. FITZSIMON
United States Bankruptcy Judge