United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-15105-jkf
Raymond Scarbo                                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1              Date Rcvd: Aug 26, 2016
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db              +Raymond Scarbo,    1127 S. 52nd Street,    Philadelphia, PA 19143-4217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
      MICHAEL A. CATALDO2    on behalf of Debtor Raymond   Scarbo ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Raymond   Scarbo ecf@ccpclaw.com,   igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
       ecfemails@ph13trustee.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                        Chapter 13

RAYMOND SCARBO

        Debtor                                              Bankruptcy No. 13-15105-JKF

<u>ORDER</u>

AND NOW, it appearing that counsel has not corrected the Certification of Service as directed by the clerks' office on July 28, 2016, it is hereby

ORDERED that the document styled as "Certificate of Service" of the Motion to Modify Plan After Confirmation entered on the docket on July 27, 2016 is STRICKEN from the docket.

Dated: 8/28/16

JEAN K. FITZSIMON
United States Bankruptcy Judge