# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 13-15105-JKF

RAYMOND SCARBO

1127 S. 52ND STREET

PHILADELPHIA, PA 19143

        Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

RAYMOND SCARBO

1127 S. 52ND STREET

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

     CIBIK & CATALDO
     1500 WALNUT STREET
     SUITE 900
     PHILA, PA 19102-

                                     /S/ William C. Miller

Date: 10/11/2016                         _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee