# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        **CHAPTER 13**
**Raymond Scarbo**

DEBTOR                                          :        BKY. NO.   **13-15105JKF13**

### ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this        day of            ,2017, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that UNIVERSITY OF PENNSYLVANIA, COMPTROLLER – FRANKLIN BUILDING,3451 WALNUT STREET- SUITE 312, PHILADELPHIA, PA 19104 is directed to deduct from the wages of Raymond Scarbo, SOCIAL SECURITY  #XXX-XX-7400. This should be done immediately in the sum of **$46.00 WEEKLY**   The sums so deducted are to be remitted as follows:

**$46.00 WEEKLY TO:**            William C. Miller, Esquire
                                 Chapter 13 Trustee
                                 P.O. Box 1799
                                 Memphis, TN 38101-1799
                                 Bankruptcy No. 13-15105JKF13

                                 BY THE COURT:

                                 _____
**Date: January 12, 2017**       Hon. Jean K. FitzSimon
                                 U.S. Bankruptcy Judge

Copies Mailed to:

Cibik & CATALDO, PC
1500 Walnut Street, Suite 900
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799

University of PA
Comptroller – Franklin Building
3451 Walnut Street – Suite 312
Philadelphia, PA 19104

Raymond Scarbo
1127 S. 52nd Street
Philadelphia, PA 19143