United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raymond Scarbo  
       Debtor

Case No. 13-15105-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jan 12, 2017 |
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db        +Raymond Scarbo,   1127 S. 52nd Street,   Philadelphia, PA 19143-4217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
          +E-mail/Text: jerome.smalls@ogc.upenn.edu Jan 13 2017 02:19:32     Univ. of PA,  
     Comptroller-Franklin Bldg.,   3451 Walnut St., Ste. 312,   Phila., PA 19104-6205  
                                                                                                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Raymond  Scarbo ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Raymond  Scarbo ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
        WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com  
                                                                                                                   TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>**Raymond Scarbo** | : | CHAPTER 13 |
| **DEBTOR** | : | BKY. NO.  13-15105JKF13 |

ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this        day of           ,2017, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that UNIVERSITY OF PENNSYLVANIA, COMPTROLLER – FRANKLIN BUILDING,3451 WALNUT STREET- SUITE 312, PHILADELPHIA, PA 19104 is directed to deduct from the wages of Raymond Scarbo, SOCIAL SECURITY  #XXX-XX-7400. This should be done immediately in the sum of **$46.00 WEEKLY**   The sums so deducted are to be remitted as follows:

**$46.00 WEEKLY TO:**           William C. Miller, Esquire
                                Chapter 13 Trustee
                                P.O. Box 1799
                                Memphis, TN 38101-1799
                                Bankruptcy No. 13-15105JKF13

                                BY THE COURT:

**Date: January 12, 2017**

                                _____
                                Hon. Jean K. FitzSimon
                                U.S. Bankruptcy Judge

Copies Mailed to:

Cibik & CATALDO, PC
1500 Walnut Street, Suite 900
Philadelphia, PA   19102

University of PA
Comptroller – Franklin Building
3451 Walnut Street – Suite 312
Philadelphia, PA 19104

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Raymond Scarbo
1127 S. 52nd Street
Philadelphia, PA 19143

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799