```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                          Case No. 13-15105-jkf
Raymond Scarbo                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Randi             Page 1 of 2         Date Rcvd: Feb 28, 2017
                             Form ID: pdf900         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db             +Raymond Scarbo,    1127 S. 52nd Street,    Philadelphia, PA 19143-4217
13079155       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13079156      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13079157       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13079158       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13079161       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13079162       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13509567      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC.,    PO Box 619096,    Dallas, TX 75261-9741)
13363026       +Nationstar Mortgage LLC,    c/o Mario J. Hanyon, Esq.,    Phelan Hallinan LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13165193       +Nationstar Mortgage LLC,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839170       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13079166       +Northstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4177
13079167        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13093701       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13079171       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13079172       +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
13079173       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 01 2017 02:06:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2017 02:06:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 01 2017 02:06:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2017 02:04:09     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13163806        E-mail/Text: bankruptcy@phila.gov Mar 01 2017 02:06:37     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13079159       +E-mail/Text: ecf@ccpclaw.com Mar 01 2017 02:06:17     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13079160       +E-mail/Text: bankruptcy@phila.gov Mar 01 2017 02:06:36     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13079163        E-mail/Text: cio.bncmail@irs.gov Mar 01 2017 02:06:19     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13124677        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 01 2017 02:06:33     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13190480        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2017 02:04:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13190481        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2017 02:04:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13079164       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2017 02:04:11     Lvnv Funding Llc,
                 Po Box 10497 Ste 110 Ms,    Greenville, SC 29603-0497
13079165       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2017 02:06:30     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13079169       +E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 01 2017 02:06:41     Plain Green,
                 PO Box 270,    Box Elder, MT 59521-0270
13608881        E-mail/PDF: rmscedi@recoverycorp.com Mar 01 2017 02:04:37
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Feb 28, 2017
                               Form ID: pdf900             Total Noticed: 32

13193200*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     ATTN: Bankruptcy Department,
                  P.O. Box 630267,    Irving, Texas 75063)
13079168       ##+Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
13079170       ##+Rshk/cbsd,    Attn.: Citi Centralized Bankruptcy,    PO Box 20363,    Kansas City, MO 64195-0363
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              MICHAEL A. CATALDO2    on behalf of Debtor Raymond  Scarbo ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Raymond  Scarbo ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RAYMOND SCARBO                    Chapter 13

                Debtor              Bankruptcy No. 13-15105-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the [Motion] to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED [that] counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently up[dated] (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: February 28, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
RAYMOND SCARBO

1127 S. 52ND STREET

PHILADELPHIA, PA 19143